**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No.

**MATTHEW GASSER**, an individual

      Plaintiff,

v.

**SHERYL COFFEY,** an individual; and
**THE TOWN OF CASTLE ROCK,**
a home rule municipality organized
under the laws of Colorado,

      Defendants.

---

### TOWN OF CASTLE ROCK'S NOTICE OF REMOVAL

---

Town of Castle Rock ("Castle Rock"), by and through counsel, O'HAGAN MEYER, PLLC, and pursuant to 28 U.S.C. § 1446(a), hereby submits this Notice of Removal, and respectfully states as follows:

Plaintiff Matthew Gasser filed his Complaint and Jury Demand with this Court on September 22, 2024. Defendant Castle Rock was served on September 24, 2024. Plaintiff's Fourth Claim for Relief, against Castle Rock, is for a violation of the First Amendment regarding Freedom of Speech Retaliation. *See* Plf.'s Compl. ¶¶ 164–174. Plaintiff's specific allegations include (1) that his "statement about the State of the Town meeting is constitutionally protected speech" and that Castle Rock "disciplined Gasser for constitutionally protected speech, while he spoke as a citizen on a matter of public concern." *Id.* ¶¶ 168, 172. Plaintiff alleges that he was "damaged in an amount to be determined at trial due to the 1st Amendment speech retaliatory action taken by the Town of Castle Rock against Plaintiff Gasser." *Id.* ¶ 174.

1

"Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. "Except as provided in subsections (b) and (c) or as expressly provided otherwise by Federal statute, in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

Plaintiff's Fourth Claim for Relief alleges violations by Castle Rock of the First Amendment to the United States Constitution and thus federal question jurisdiction applies to Plaintiff's Fourth Claim for Relief. *See* Plf.'s Compl. ¶¶ 164–174; 28 U.S.C. § 1331. Each of Plaintiff's other claims are factually related to the First Amendment Retaliation claim such that each of Plaintiff's claims form the same case or controversy under Article III of the United States Constitution and, consequently, supplemental jurisdiction applies over Plaintiff's remaining claims. *See generally* Plf.'s Compl.; *see also* 28 U.S.C. § 1367(a).  This case is ripe for removal.

Castle Rock will comply with the other provision of 28 U.S.C. § 1446 and will file the necessary accompanying documents.

Respectfully submitted this 23rd day of October, 2024.

_s/ Meredith L. McDonald_
Meredith L. McDonald, Esq
Brian R. DeMocker, Esq.
O'Hagan Meyer
1331 17th Street, Suite 350
Denver, CO  80202-5862
303-652-5863
mmcdonald@ohaganmeyer.com
bdemocker@ohaganmeyer.com
**_Attorneys for Defendants_**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **TOWN OF CASTLE ROCK'S NOTICE OF REMOVAL** was filed with the Court and served to the following via CM/ECF, the Federal Courts E-filing System, this 23rd day of October, 2024, as follows:

*Attorney for Plaintiff*
Dan Ernst, Esq.
ERNST LEGAL GROUP, LLC
217 E. 7th Avenue
Denver, CO 80203
dan@emstlegalgroup.com

*s/ Ramona Raub*
Ramona Raub, Legal Assistant

4